IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| THE MORAVIAN CHURCH VIRGIN ISLANDS CONFERENCE a/k/a MORAVIAN CHURCH CONFERENCE OF THE VIRGIN ISLANDS, ) ) ) ) | | |
| Plaintiff, ) ) | Case No. 3:22-cv-0062 | |
| v. ) ) | | |
| THE SUMMERS END GROUP, LLC, ) ) | | |
| Defendant, ) ) | | |
| and ) ) | | |
| GOVERNMENT OF THE VIRGIN ISLANDS, ) ) | | |
| Nominal Defendant. ) ) | | |

**APPEARANCES:**

**MARK D. HODGE, ESQ.**
HODGE & HODGE
ST. THOMAS, U.S. VIRGIN ISLANDS
 *FOR PLAINTIFF THE MORAVIAN CHURCH VIRGIN ISLANDS CONFERENCE, A.K.A. MORAVIAN CONFERENCE OF THE VIRGIN ISLANDS.*

**JOHN H. BENHAM, III, ESQ.**
**BOYD L. SPREHN, ESQ.**
LAW OFFICES OF JOHN H. BENHAM
ST. THOMAS, U.S. VIRGIN ISLANDS
 *FOR DEFENDANT THE SUMMERS END GROUP, LLC.*

**CHRISTOPHER M. TIMMONS, ESQ.**
VIRGIN ISLANDS DEPARTMENT OF JUSTICE
ST. CROIX, U.S. VIRGIN ISLANDS
 *FOR NOMINAL DEFENDANT GOVERNMENT OF THE VIRGIN ISLANDS.*

## ORDER

 **BEFORE THE COURT** are the following motions:

*The Moravian Church Virgin Islands Conference v. The Summers End Group*
Case No. 3:22-cv-0062
Order
Page 2 of 2

1. Defendant The Summers End Group, LLC's ("SEG") Motion for Summary Judgment filed on May 3, 2024. (ECF No. 39);

2. Plaintiff The Moravian Church Virgin Islands' Conference's Motion for Summary Judgment, filed on May 3, 2024. (ECF No. 42); and

3. Nominal Defendant Government of the Virgin Islands ("GVI") Motion for Joinder, filed on May 20, 2024. (ECF No. 52.)

For reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Defendant The Summers End Group, LLC's Motion for Summary Judgment, ECF No. 39, filed on May 3, 2024, is **GRANTED;** it is further

**ORDERED** that Plaintiff The Moravian Church Virgin Islands Conference's Motion for Summary Judgment, ECF No. 42, filed on May 3, 2024, is **DENIED**; it is further

**ORDERED** that Nominal Defendant Government of the Virgin Islands' Motion for Joinder, ECF No. 52, filed on May 20, 2024, is **GRANTED**; and finally, it is further

**ORDERED** that the Complaint filed in this matter is **DISMISSED WITHOUT PREJUDICE** for lack of standing. The Clerk of the Court shall **CLOSE** this case.

**Dated:** March 28, 2025            */s/ Robert A. Molloy*
                                     **ROBERT A. MOLLOY**
                                     **Chief Judge**